| | |
|---|---|
| **From:** | Christopher Harper <charper@fsmlawfirm.com> |
| **Sent:** | Thursday, January 18, 2018 7:37 PM |
| **To:** | Vanessa Harris Gross |
| **Cc:** | Jon Kieffer; joe.kissane@csklegal.com; Brian J. Aull; Adam S. Davis |
| **Subject:** | RE: Agreement Regarding Quotations From Guidelines |

Agreed, thanks

**From:** Vanessa Harris Gross [mailto:vgross@wcllp.com]
**Sent:** Thursday, January 18, 2018 6:15 PM
**To:** Christopher Harper
**Cc:** Jon Kieffer ; joe.kissane@csklegal.com; Brian J. Aull ; Adam S. Davis
**Subject:** Agreement Regarding Quotations From Guidelines
**Importance:** High

Chris,

Per our discussion, it is my understanding that the parties have agreed that the parties may include quotes from Progressive's Defense Counsel Guidelines as set forth below in the parties' respective MSJ/Daubert motions, without need to file the Defense Counsel Guidelines with the Court, and that the MSJ/Daubert motions need not be filed under seal in accordance with Local Rule 5.4.6 due to the parties' quoting the Defense Counsel Guidelines:

Gant's assertions:
- Progressive's Defense Counsel Guidelines state, in part, that "prior authorization is required for more than one hour of research."
- Progressive's Defense Counsel Guidelines state, in part, that "Once the claims rep has received responses to written discovery, has discussed the future handling with the handling attorney, and all have agreed to the plan of action, oral discovery phase activities are to proceed.
- Progressive's Defense Counsel Guidelines state, in part, that "[a]ll motions should be discussed with the claims rep prior to being initiated[.]"
- Progressive's Defense Counsel Guidelines state, in part, "Claims management expects to be involved in the decision-making on the retention of any expert, whenever possible."

Progressive's assertions:
- Progressive's Defense counsel Guidelines state, in part: "Progressive expects counsel to exercise independent professional judgment in rendering legal services to Progressive insureds. Counsel should never allow anything contained in these guidelines to interfere with any ethical directive or obligation governing conduct as defense counsel."
- Progressive's Defense counsel Guidelines state, in part: "To the extent that any local laws or rules conflict with any of the provisions contained herein, the local law or rule shall govern. In the event a bona fide dispute arises between Progressive and defense counsel as to how best to protect the interests of a Progressive insured, Progressive will always defer to the independent professional judgment of defense counsel."

1

The parties plan to state these facts in our Summary Judgment/Daubert briefing.

The parties have agreed for purposes of MSJ/Daubert motion briefing that the Defense Counsel Guidelines contain the statements quoted above and are agreeable to these statements being made in regularly filed documents (meaning not under seal), even though the documents themselves are stamped "Confidential." It is the parties' understanding that, pursuant to this agreement, neither Progressive nor Gant will contest these facts. Rather, the parties will admit these facts. To be clear, the parties will not file the associated supporting documents, unless such filings of those documents (the guidelines themselves) are made under seal.

To the extent either party may desire to quote other provisions of the Defense Counsel Guidelines in an opposition/reply/other memorandum in connection with the MSJ/Daubert briefing, the parties will confer in accordance with the principles agreed to herein in order to obviate the need to file the Defense Counsel Guidelines or further motions with the Court under seal to the extent those motions quote the Defense Counsel Guidelines.

**Please confirm your agreement**.

In addition, I may attach this email as an exhibit to demonstrate the agreement that the parties have reached.

Thanks,


Vanessa H. Gross
Wagstaff & Cartmell LLP
4740 Grand, Suite 300
Kansas City, MO 64112
(816) 701-1163 (direct)
(816) 531-2372 (fax)

vgross@wcllp.com

http://www.wagstaffcartmell.com

Please be aware that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1163.