# In The Matter Of:

*PROGRESSIVE NORTHWESTERN v.*
*GABRIEL GANT*

---

*JEAN A. KELLY*
*May 18, 2017*
*Video Deposition*

---

*iReport Solutions LLC*
*#297 - 7111 West 151st Street*
*Overland Park, Kansas 66223*
*816.223.3156 or 913.972.2029*
*admin@ireportsolutions.com*

Original File 05182017JeanKelly.txt

Min-U-Script® with Word Index

**Video Deposition**

1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF KANSAS

3

4

5    PROGRESSIVE NORTHWESTERN

6    INSURANCE COMPANY,

7         Plaintiff/Counterclaim

8                   Defendant,    Case No.

9    vs.                        2:15-CV-09267-JAR-KGG

10   GABRIEL GANT,

11        Defendant/Counterclaim

12                   Plaintiff.

13

14

15        VIDEOTAPED and REALTIME DEPOSITION OF

16   JEAN A. KELLY, a Witness, taken on behalf of the

17   Defendant/Counterclaim Plaintiff before Laurel A.

18   Woodbridge, Missouri CCR No. 898 and Kansas CCR No.

19   1327, RPR, CSR, and CRR, pursuant to Notice To Take

20   Videotaped Deposition on the 18th day of May 2017, at

21   the law offices of Norton Rose Fulbright US LLP,

22   Suite 1100, 98 San Jacinto Boulevard, Austin, Texas.

23

24

25

 1    write the paycheck, but colloquially, Progressive.

 2             Q.    Got it.  And when in 2014 did you go

 3    to work for Progressive?

 4             A.    In September.

 5             Q.    Okay.  And what position were you

 6    hired into?

 7             A.    As a claims attorney.  I am a claims

 8    attorney.

 9             Q.    All right.  Let me back up for just a

10    second before I get ahead of myself.

11                  So you worked for the Rasmus Firm for

12    about ten years?

13             A.    Yes.

14             Q.    About how many cases would you

15    estimate you handled in some capacity during that

16    period of time?

17             A.    I would have to guess.  It would

18    fluctuate and depend.

19             Q.    Hundreds?

20             A.    Probably.

21             Q.    Okay.  Did you take depositions?

22             A.    Yes.

23             Q.    Did you write and argue motions?

24             A.    I did.

25             Q.    Did you try some cases?

```
 1  I need it.
 2  BY MR. KIEFFER:
 3          Q.      Exhibit 29.
 4          A.      Okay.
 5          Q.      You've seen this before, ma'am?
 6          A.      I have.
 7          Q.      Okay.  You -- you reviewed it at the
 8  time it was filed?
 9          A.      Yes.
10          Q.      I'm presuming, given something of this
11  nature, you reviewed an advanced copy of it?
12          A.      Yes.
13          Q.      Okay.  Did you provide input to it,
14  you know, suggested changes, edits, things like that?
15          A.      I don't recall specific edits that I
16  made, but I would have -- if I wanted anything to be
17  changed, I -- I would have had the opportunity to
18  provide my edits and my revisions.
19          Q.      Okay.  Fair enough.  It -- it met with
20  your approve -- whether -- whether you provided some
21  revisions that were ultimately incorporated or
22  whether you reviewed it and didn't, ultimately when
23  it was filed, you approved of it?
24          A.      I agreed with our attorneys, who were
25  representing us, that in drafting this and filing
```

1    this, this was the best thing for Progressive to

2    do --

3             Q.    Okay.

4             A.    -- in the situation in which we were

5    going to trial, and we wanted to exercise our -- we

6    wanted to get Mr. McMaster off of the file at this

7    point in time after the Fleming Agreement had been

8    signed.

9             Q.    Okay.  Bear with me a moment.

10   Attached as Exhibit A -- and let me just flip through

11   it.  I don't think I put the Motion to Intervene up

12   here so our record is clear, just so we're looking at

13   the same thing.  This was filed May 20, 2015,

14   previously marked as Exhibit Number 29 to the

15   deposition of Linda Birk.

16             And just so our record is clear, this

17   motion was filed on behalf of Progressive

18   Northwestern Insurance Company by the attorney it

19   retained to represent it, John Mullen?

20             A.    Correct.

21             Q.    All right.  And it was filed in the

22   Trial Court in Coffey County, Kansas, and Progressive

23   was seeking permission of the Trial Court to

24   intervene in the Gant versus Birk lawsuit; correct?

25             A.    Correct, with limited purpose of