EXHIBIT 127
WIT: Kelly
DATE: 5-18-17
L. Woodbridge, RPR-CRR-CSR-CCR

**From:** Brette Hart [bhart@harrisandhart.com]
**Sent:** Monday, March 09, 2015 2:04 PM
**To:** Steve Pigg; Todd Barrett (tbarrett@mbblawfirmkc.com)
**Cc:** Jean A Kelly
**Subject:** RE: Gant v. Birk
**Attachments:** February 2nd hearing - partial.pdf

I received the attached portion of the February 2nd hearing from Keiffer. It pertains to the discussion of mediation, only. It is concerning to see Kevin say on 2-2-15 to the Court that he was unaware of any possible $1 million policy with Bituminous. Hopefully Kevin will give us the rest of the transcript.

Thanks,
Brette

---

**From:** Steve Pigg [mailto:spigg@fisherpatterson.com]
**Sent:** Monday, March 09, 2015 12:05 PM
**To:** Brette Hart
**Cc:** KMcmaster@mcdonaldtinker.com; Erin Sommer Good (esgood@mcdonaldtinker.com); Todd Barrett (tbarrett@mbblawfirmkc.com); JEAN_A_KELLY@progressive.com
**Subject:** Re: Gant v. Birk

I need copies as well

Sent from my iPhone

On Mar 9, 2015, at 11:51 AM, Brette Hart <bhart@harrisandhart.com> wrote:

> Kevin:
>
> I believe you have a complete copy of the transcript of the February 2nd hearing since you referenced portions by page number in your email to the Court on February 24th (sent at 8:51 am). Perhaps Todd and Steve already have a copy of that transcript, but I do not and I know Jean does not. Could you or someone from your office please email us that transcript?
>
> Thanks!
>
> Brette S. Hart
> Harris and Hart, LLC
> 4501 College Boulevard, Suite 190
> Leawood, Kansas 66211
> Direct Dial: (913) 213-6993
> Fax: (913) 213-6991
> bhart@harrisandhart.com

Produced in Progressive v. Gant

PROGRESSIVE-0021214