| | |
|---|---|
| From: | Robert Hansel |
| Sent: | Monday, January 26, 2015 3:04 PM |
| To: | Mary Hicks |
| Subject: | RE: Gant v. Birk |

Mary,

Can you send me a copy of Justin's deposition?

Robert Hansel
Casualty Specialist
7604 Technology Way
Suite 250
Denver, CO 80237
(B) 303-334-1817
(F) 303-220-5424
Robert_Hansel@progressive.com

---

**From:** Mary Hicks [mailto:MHicks@mcdonaldtinker.com]
**Sent:** Monday, January 26, 2015 8:14 AM
**To:** Robert Hansel
**Cc:** Kevin McMaster
**Subject:** Gant v. Birk

Dear Mr. Hansel:

Pursuant to your phone call this morning, please see attached Order regarding sanctions. This is the proposed order that was submitted to the Court. We have never received a file stamped copy showing that the order was actually approved by Judge Godderz and entered into the Court record.

Also attached for your information is Mr. McMaster's Objection and Notice of Payment of the sanctions.

By copy of this email, I am forwarding your cell number to Mr. McMaster so that he may phone you today.

(303) 229-7134

Please do not hesitate to call if I may be of further assistance.

Sincerely,
Mary Hicks



Mary Hicks│Legal Secretary to Kevin M. McMaster, Jennifer M. Hill, & Erin Sommer Good
300 West Douglas, Suite 500│Wichita, KS 67202│T: 316-263-5851│F: 316-263-4677

1

Produced in Progressive v. Gant